NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-1164

STATE OF LOUISIANA

VERSUS

SAMUEL JONES, JR.

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT,
PARISH OF AVOYELLES, NO. 127689-A,
HONORABLE MARK A. JEANSONNE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

JIMMIE C. PETERS
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Oswald A. Decuir, Jimmie C. Peters, and Elizabeth A. Pickett, Judges.

AFFIRMED.

Michè Moreau
Assistant District Attorney
Post Office Box 1200
Marksville, LA 71351-1200
(318) 253-6587
COUNSEL FOR APPELLEE:
        State of Louisiana

James E. Beal
Louisiana Appellate Project
Post Office Box 307
Jonesboro, LA 71251-0307
(318) 259-2391
COUNSEL FOR DEFENDANT/APPELLANT:
        Samuel Jones, Jr.